UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD HARMON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:19-CV-810 ACL |
| STAN PAYNE, | ) ) | |
| Respondent. | ) ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is defective because petitioner did not use the Court's form. *See* Local Rule 2.06(A).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send petitioner a § 2254 form.

**IT IS FURTHER ORDERED** that petitioner must fill out the § 2254 form and return it to the Court within twenty-eight (28) days of the date of this Order. If petitioner fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 11th day of April, 2019.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE